GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant THOMAS CALISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11 00669 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| vs. ) | |
| ) | |
| THOMAS CALISE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     This matter is set for a status conference on 24 January 2012.  The indictment alleges several counts of tax evasion and failure to file tax returns, dating as far back as 2003.  To date the government has produced over five thousand pages of discovery.

     The defense is continuing its review of these documents and has conducted a number of witness interviews.  Several witnesses have yet to be located and interviewed, and it may also be necessary to consult with a tax expert concerning the alleged tax liabilities at issue.

     For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to February 22, 2012, and that time under the Speedy Trial Act be excluded until that date because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial,

STIP/ORD                                                    1

and for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

/S/

Dated: January 19, 2012  _____
THOMAS M. NEWMAN
Assistant United States Attorney

/S/

Dated: January 19, 2012  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that this matter be continued until February 21, 2012, and that time under the Speedy Trial Act be excluded from January 24, 2012 until that date because the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, and for effective preparation of defense counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: January 23, 2012  _____
SAUNDRA BROWN ARMSTRONG
United States District Judge