GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant THOMAS CALISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11 00669 SBA [DMR] |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | MODIFYING RELEASE CONDITIONS |
| vs. ) | |
| ) | |
| THOMAS CALISE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Thomas Calise is out of custody in this matter. He resides in San Ramon, California, and he is fully compliant with his release conditions.

      Mr. Calise has been working as an account manager for Smart Circle dba Appreciation Events, a company that plans and puts on corporate events, for the past three months. Mr. Calise's job requires frequent travel, and lately the company has asked him to travel to Dallas, Texas.

      IT IS THEREFORE STIPULATED AND AGREED that the terms of Thomas Calise's release conditions be modified such that he may leave the Northern District and travel to the Northern District of Texas in connection with his employment. Mr Calise plans to travel on

STIP/ORD                          1

1  February 24 and 25, 2012.  Mr Calise shall submit his itinerary to Pretrial Services prior to
2  traveling, and shall continue to abide by existing conditions of his release, and such other
3  conditions as Pretrial Services may deem appropriate.

4                                                                  /s/
5  Dated: February 7, 2012                         _____
6                                                                  THOMAS NEWMAN
                                                                   Assistant United States Attorney

7                                                                  /s/
8  Dated: February 7, 2012                         _____
                                                                   JEROME E. MATTHEWS
9                                                                  Assistant Federal Public Defender

10                                                                 /s/
11 Dated: February 7, 2012                         _____
                                                                   PAUL MAMARIL
12                                                                 U.S. Pretrial Services Officer

13

14     Good cause appearing therefor, IT IS ORDERED that Thomas Calise's release
15 conditions be modified such that he may leave the Northern District and travel to the Northern
16 District of Texas in connection with his employment on February 24 and 25, 2012.  Mr Calise
17 shall submit his itinerary to Pretrial Services prior to traveling, and shall continue to abide by
18 existing conditions of his release, and such other conditions as Pretrial Services may deem
19 appropriate.

20
21 Dated: February 8, 2012                         _____
                                                                   DONNA M. RYU
22                                                                 United States Magistrate Judge

23
24
25
26

STIP/ORD                              2