GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant THOMAS CALISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11 00669 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| THOMAS CALISE, | |
| Defendant. | |

    This matter is set for a status conference on 10 April 2012. The indictment alleges several counts of tax evasion and failure to file tax returns, dating as far back as 2003. To date the government has produced over five thousand pages of discovery.

    The defense has concluded its review of these documents and interviewed a number of witnesses. The parties continue to jointly investigate and discuss the amount(s) of alleged tax loss(es) for the years in question. The parties anticipate that they will be able to reach agreement on the alleged tax loss amount and resolve this case short of trial.

    In addition to the foregoing, defense counsel will be out of town during the entire week of April 9, 2012.

STIP/ORD                                        1

1    For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to
2    April 24, 2012, and that time under the Speedy Trial Act be excluded until that date because the
3    ends of justice outweigh the best interest of the public and the defendant in a speedy trial, for
4    effective preparation of defense counsel, taking into account the exercise of due diligence, and
5    for continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  By that date, the
6    parties expect to be able to report to the Court whether this matter will resolve or be set for
7    motions and trial.

                                                        /S/
8
9    Dated: April 5, 2012                        _____
                                                        THOMAS M. NEWMAN
10                                                   Assistant United States Attorney

11
                                                        /S/
12   Dated: April 5, 2012                        _____
                                                        JEROME E. MATTHEWS
13                                                   Assistant Federal Public Defender

14

15   Good cause appearing therefor, IT IS ORDERED that this matter be continued until April
16   24, 2012, and that time under the Speedy Trial Act be excluded from April 10, 2012 until April
17   24, 2012 because the ends of justice outweigh the best interest of the public and the defendant in
18   a speedy trial, for effective preparation of defense counsel, taking into account the exercise of
19   due diligence, and for continuity of defense counsel.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

20
21   Dated: 4/6/12                               _____
                                                        SAUNDRA BROWN ARMSTRONG
22                                                   United States District Judge

23
24
25
26

STIP/ORD                                2