MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-11-669-SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS A. CALISE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is set for a status conference on April 24, 2012.  The parties have reached a resolution of this matter and request that the case be continued until the next available to the Court, and the parties, for a change of plea hearing, which is May 4, 2012, at 10:00 am.

For this reason, IT IS STIPULATED AND AGREED that this matter be continued to May 4, 2012, at 10:00 am, and that time under the Speedy Trial Act be excluded until that date based on the consideration by the court of the proposed plea agreement.  18 U.S.C. § 3161(h)(1)(G).

*Stipulation to Continue*
*Case No. 11-cr-669-SBA*

1    Dated: April 20, 2012                    _____/s/_____
                                             THOMAS M. NEWMAN
2                                            Assistant United States Attorney

3

4    Dated: April 20, 2012                    _____/s/_____
                                             JEROME E. MATTHEWS
5                                            Assistant Federal Public Defender

6

7        Good cause appearing therefor, IT IS ORDERED that this matter be continued until May 4,

8    2012, and that time under the Speedy Trial Act be excluded until that date based on the Court's

9    review of the parties proposed plea agreement.  18 U.S.C. § 3161(h)(1)(G).

10

11   Dated: April 20, 2012                    _____
                                             SAUNDRA BROWN ARMSTRONG
12                                           United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Continue*
*Case No. 11-cr-669-SBA*              2