1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant THOMAS CALISE
6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-11 00669 SBA
                                    )
12              Plaintiff,           )   STIPULATION AND  ORDER
                                    )   CONTINUING CHANGE OF PLEA
13 vs.                              )   HEARING
                                    )
14 THOMAS CALISE,                   )
                                    )
15              Defendant.          )
   _____)
16

17

18
        This matter is set for change of plea on May 4, 2012.  The parties have reached a
19
   negotiated agreement, and the plea agreement presently is under consideration by the Court.
20
   Due to scheduling issues of defense counsel, IT IS STIPULATED AND AGREED that this
21
   matter be continued to May 11, 2012, and that time under the Speedy Trial Act be excluded until
22
   that date given that the Court has the plea agreement under consideration. 18 U.S.C. §
23
   3161(h)(1)(G).
24

25

26


   STIP/ORD                              1

Dated: May 4, 2012

/s/
_____
THOMAS M. NEWMAN
Assistant United States Attorney

Dated: May 4, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that this matter be continued until May 11, 2012 for change of plea, and that time under the Speedy Trial Act be excluded until that date given that the Court has the parties' proposed plea agreement under consideration. 18 U.S.C. § 3161(h)(1)(G).

Dated: May 10, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORD                                    2