GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant THOMAS CALISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11 00669 SBA [DMR] |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) ) | |
| THOMAS CALISE, | ) ) | |
| Defendant. | ) ) | |

    Thomas Calise is out of custody in this matter. He resides in San Ramon, California, and he is fully compliant with his release conditions.

    Mr. Calise has been working as an account manager for Smart Circle dba Appreciation Events, a company that plans and puts on corporate events, for the past several months. He previously traveled to Dallas, Texas, in connection with his employment, without incident. He now wishes to travel to New York to visit with friends over a four-day period.

    IT IS THEREFORE STIPULATED AND AGREED that the terms of Thomas Calise's release conditions be modified such that he may leave the Northern District of California and travel to New York City. Mr Calise plans to leave on June 1, 2012, and return on June 4, 2012.

STIP/ORD      1

Mr Calise shall submit his itinerary to Pretrial Services prior to traveling, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

/s/

Dated: May 24, 2012  _____
THOMAS NEWMAN
Assistant United States Attorney

/s/

Dated: May 24, 2012  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/s/

Dated: May 24, 2012  _____
PAUL MAMARIL
U.S. Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that Thomas Calise's release conditions be modified such that he may leave the Northern District of California and travel to New York City on June 1, 2012, and return on June 4, 2012.  Mr Calise shall submit his itinerary to Pretrial Services prior to traveling, and shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

Dated: May 24, 2012  _____
DONNA M. RYU
United States Magistrate Judge