1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | JEROME E. MATTHEWS
Assistant Federal Public Defender
3 | 555 - 12th Street
Suite 650
4 | Oakland, CA 94607-3627
Telephone: (510) 637-3500
5
Counsel for Defendant THOMAS CALISE
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-11 00669 SBA
                                     )
12 |                  Plaintiff,     )   STIPULATION AND ORDER
                                     )   CONTINUING SENTENCING HEARING
13 | vs.                             )
                                     )
14 | THOMAS CALISE,                  )
                                     )
15 |                  Defendant.     )
     _____)
16

17

18
         This matter is set for sentencing on September 18, 2012.  Because of scheduling issues
19
relating to the availability of defense counsel and the probation officer, IT IS STIPULATED
20
AND AGREED that sentencing in this matter be continued to October 9, 2012.
21

22 | Dated: July 6, 2012                        _____/s/_____
                                                THOMAS M. NEWMAN
23                                              Assistant United States Attorney

24

25 | Dated: July 6, 2012                        _____/s/_____
                                                JEROME E. MATTHEWS
26                                              Assistant Federal Public Defender


STIP/ORD                          1

1  Good cause appearing therefor, IT IS ORDERED that this matter be continued until
2  October 9, 2012 for sentencing.

4  Dated: 7/10/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORD                                        2