1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant THOMAS CALISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11 00669 SBA |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| THOMAS CALISE, | |
| Defendant. | |

This matter is set for sentencing on October 24, 2012. Because of scheduling issues relating to the availability of defense counsel and the probation officer, IT IS STIPULATED AND AGREED that sentencing in this matter be continued to November 20, 2012.

Dated: October 23, 2012
/s/
_____
THOMAS M. NEWMAN
Assistant United States Attorney

Dated: October 23, 2012
/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

STIP/ORD                           1

1  Good cause appearing therefor, IT IS ORDERED that this matter be continued until
2  November 20, 2012 for sentencing.

4  Dated: _10/23/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge